RECEIVED
IN LAKE CHARLES, LA

JUN 1 6 2009
PAM
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| REGINALD STEVENS<br>    FED. REG. NO. 12756-035<br>VS. | CIVIL ACTION NO. 09-0080<br><br>SECTION P<br><br>JUDGE MINALDI |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** the petitioner's and his petition for writ of *habeas corpus* be **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 15 day of June, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE